NEWBURGH DRESS Co., INC., Respondent, v. IRVING KEMP CORPORATION, Appellant.— Order denying motion for the appointment of a referee to take the deposition of a proposed affiant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JESSIE B. O'NEIL, Respondent, v. JOHN FARR, JR., and Others, Copartners, Doing Business under the Firm Name and Style of FARR & Co., Appellants. — Order in so far as it denies defendants' motion to require plaintiff to amend her second amended complaint so as to make it more definite and certain affirmed, with fifty dollars costs and disbursements, with leave to the defendants to serve an answer within ten days from the entry of an order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur. [See post, p. 914.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANK FRANKEL, Respondent.*— Order dismissing indictment affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.